SCOTT BRADFORD, OSB #062824
United States Attorney
District of Oregon
**THOMAS H. EDMONDS, OSB #902555**
Tom.Edmonds@usdoj.gov
**LEAH K. BOLSTAD, OSB #052039**
Leah.Bolstadt@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00007-IM |
| v. | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ISSUANCE OF RULE 17(c) SUBPOENAS |
| LUIS NINO-MONCADA, | |
| Defendant. | |

On January 23, 2026, defendant filed an Unopposed Motion and Memorandum for Issuance of Rule 17(c) Subpoenas. ECF No. 25. On January 26, 2026, this Court entered an Order allowing issuance of subpoenas under Rule 17(c) and requiring production of documents. ECF No. 30.

This Response by the government clarifies certain matters for the record in this case.

First, the government has not opposed, and continues to not oppose, defendant's motion with the basis upon which the defendant advanced his motion. Second, the government has engaged in an extensive investigation to canvass the possibility and existence of video footage of events that took place in the vicinity of an Adventist Health Primary Care parking lot, located at

10201 SE Main Street, Portland, Oregon, on January 8, 2026, between 2:00 p.m. and 3:00 p.m. This effort had, of course, focused on businesses and other locations surrounding that parking lot in the hours and days immediately following the January 8 incident. The initial inquiries had included Fora Health, a health services provider, located in SE Portland in the immediate vicinity of the Adventist Health Primary Care parking lot, on January 11, 2026. The conclusion drawn by agents who inquired of Fora Health's security department that day was negative as to the existence of relevant video footage. Third, this Response clarifies facts relating to video footage, which has now been obtained by government subpoena from Fora Health.

On January 20, 2026, the Federal Bureau of Investigation (FBI) sought and obtained a subpoena for the Security Department of Fora Health, a health services provider in SE Portland. This step to obtain a government's subpoena was taken after government's counsel conferred with counsel for defendant about the possibility of video footage from that source. The subpoena sought provision of all video footage obtained from security cameras owned by Fora Health at their facility in the vicinity of an Adventist Health Primary Care parking lot, located at 10201 SE Main Street, Portland, Oregon, for January 8, 2026, from 2:00 p.m. and 3:00 p.m. The FBI served the subpoena on Fora Health that same day, January 20, 2026, at approximately 4:00 p.m.

Defendant filed his Rule 17 Motion three days later on January 23, 2026. ECF No. 25. This Court entered its Order authorizing subpoenas on January 26, 2026. ECF No. 30.

On January 26, 2026, at approximately 1:45 p.m., the FBI received four videos from Fora Health in response to their subpoena. Agents began reviewing the footage that afternoon, which included employing platform technology to zoom into or enlarge the view. At approximately 4:00 p.m., agents determined that video footage obtained gave partial views of the incident and

**Government's Response to Defendant's Motion for Issuance of Rule 17(c) Subpoenas**            Page 2

alerted government attorneys. Agents travelled to the U.S. Attorney's Office and provided the video footage for review. Defendant's counsel was alerted to the videos' existence immediately. Both defendant's counsel viewed the video footage and were provided copies in discovery on the morning of January 27, 2026.

The government's investigation for the possibility of additional video footage, or any other relevant evidence of the incident, continues, and the government will continue to adhere to its discovery obligations in this case.

Dated: January 27, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Thomas H. Edmonds*
THOMAS H. EDMONDS, OSB #902555
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorneys