Michael Benson, AK Bar No. 1311070
Assistant Federal Public Defender
Email: Michael_Benson@fd.org
Peyton Lee, OSB No. 164224
Assistant Federal Public Defender
E-mail: Peyton_Lee@fd.org
101 S.W. Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cr-00007-IM |
| Plaintiff, | |
| v. | NON-OPPOSED MOTION FOR PROTECTIVE ORDER |
| LUIS NINO-MONCADA, | |
| Defendant. | |

Luis Niño-Moncada, by and through his attorney, respectfully moves the court for a protective order regarding records obtained by subpoena to the Portland Police Bureau (hereafter "PPB"), requiring the production of unredacted body-worn camera (hereafter "BWC") footage stemming from PPB report number GO-42 2026-7249. The City Attorney for Portland has requested that the Court enter this protective order regarding disclosure of the BWC, which is protected by state statute under ORS 192.345(40). Undersigned counsel have reviewed the City's proposed protective order, do not object to it, and move for the court to issue such an order.

Page 1  Motion for Protective Order

Undersigned counsel have provided a copy of the order to counsel for the government and AUSA Edmonds has indicated that the government does not oppose the issuance of this order.

Dated: February 13, 2026.

                                                *s/ Michael Charles Benson*
                                                Michael Charles Benson, AK Bar No. 1311070

                                                *s/ Peyton Lee*
                                                Peyton Lee, OSB No. 164224