Michael Benson, AK Bar No. 1311070
Assistant Federal Public Defender
Email: Michael_Benson@fd.org
Peyton Lee, OSB No. 164224
Assistant Federal Public Defender
E-mail: Peyton_Lee@fd.org
101 S.W. Main Street, Suite 1700
Portland, OR 97204
Tel. (503) 326-2123

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cr-00007-IM-1 |
| Plaintiff, | |
| v. | MOTION FOR PRESERVATION OF COMMUNICATION |
| LUIS NIÑO-MONCADA, | |
| Defendant. | |

Defendant, Luis Niño-Moncada through counsel, Michael Charles Benson and Peyton Lee, pursuant to Federal Rules of Criminal Procedure 2 and 16, as well as the Due Process and Right to Counsel Clauses of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully requests that the Court enter a preservation order for the United States federal government and its agents, particularly the Department of Homeland Security (DHS), to preserve and maintain any and all records, emails, text messages, documents, notes and other materials related to the communications surrounding the shooting of Mr. Nino-Moncada and the gathering of information from the events of January 8, 2026. This motion is unopposed by the government.

Page 1   MOTION FOR PRESERVATION

In particular, the Government should preserve all evidence from WhatsApp, Zello, and Customs and Border Protection ("CBP") radio communications, from personal or CBP phones, for all involved agents on the scene or involved in the planning, coordination, or investigation of the events of January 8, 2026.

## ARGUMENT

The Government allegations, as outlined in the Criminal Complaint, include that Border Patrol agents were targeting the arrest of Adult Female 1. She was identified as the passenger of a vehicle in which Mr. Nino-Moncada was driver. At approximately 2 p.m., agents initiated a "traffic stop" of the vehicle in the parking lot of Adventist Health Primary Care using four unmarked vehicles. The government alleges that during the attempted arrest of Adult Female 1, Mr. Nino-Moncada drove his vehicle in a manner that struck an unoccupied Border Patrol vehicle. Border Patrol agents fired multiple shots at Mr. Nino-Moncada. After leaving in the vehicle, Mr. Nino-Moncada called 911 for medical assistance because he and Adult Female 1 had both been shot. Portland Police responded to that 911 call.

Further, the preliminary discovery in this case indicates that the Special Operations Group ("SOG") of agents involved in the arrest in this case used three different primary avenues for communication: "Their primary comms was using WhatsApp as a texting platform in a group chat function. Their secondary comms was using an App called Zello. Zello was a phone App used to do 'push to talk communications'. Their fallback option was the use of CBP handheld radios." Bates 331 (Interview of Border Patrol Agent 6). Additionally, the interviewed agent used "both his personal phone and CBP phone when using WhatsApp and Zello respectively. All of the SOG were on the WhatsApp, Zello and CBP radio comms plans." *Id*.

Such communication will provide essential statements regarding the preparation, investigation, and conduct involved in this case and should be maintained so that the Court make any future determinations regarding their relevance and potential exculpatory nature pursuant to the rules of discovery and the Constitutional protections under *Brady v. Maryland*, 373 U.S. 83 (1963).

Dated: February 23, 2026.

*/s/ Michael Benson*
Michael Benson, AK Bar No. 1311070

*/s/ Peyton Lee*
Peyton Lee, OSB No. 164224

Page 3   MOTION FOR PRESERVATION