UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LUIS NINO-MONCADA,<br><br>        Defendant. | Case No. 3:26-cr-00007-IM-1<br><br>ORDER ALLOWING ISSUANCE OF SUBPOENA UNDER RULE 17(c) AND REQUIRING PRODUCTION OF DOCUMENTS IN ADVANCE OF TRIAL |

Based upon the Motion for Issuance of Rule 17(c) Subpoena filed by defendant,

 IT IS HEREBY ORDERED that a subpoena duces tecum should issue to Home Depot U.S.A., Inc, and its registered agent, to produce externally facing video surveillance from Store #4013, pertaining to the events involving Luis Nino-Moncada that occurred on January 8, 2026, beginning around approximately 2:00p.m. and lasting approximately 30 minutes. Home Depot should produce such video evidence on or before March 6, 2026, at 9:00 a.m.

 SO ORDERED this __23rd__ day of __February__, 2026.

                  _____
                  Hon. Karin J. Immergut
                  United States District Judge

Submitted by:

*/s/ Peyton Lee*
Peyton Lee, OSB #164224