UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS NIÑO-MONCADA,<br><br>    Defendant. | Case No. 3:26-cr-00007-IM<br><br>ORDER FOR PRESERVATION OF COMMUNICATIONS |

The Court orders the United States federal government, and all relevant agents including the Department of Homeland Security and its agents, to preserve all records, emails, text messages, documents, notes and other materials related to the communications surrounding the shooting of Mr. Nino-Moncada and the gathering of information from the events of January 8, 2026. In particular, agents are directed to preserve any evidence from personal or Border Patrol issued cellphones regarding communications on WhatsApp, Zello, or the CBP radio system.

DATED this 23rd day of February 2026.

_____
Honorable Karin J. Immergut
United States District Judge

Submitted By:

*/s/ Michael Charles Benson*
Michael Charles Benson

*/s/ Peyton Lee*
Peyton Lee, OSB No. 164224

Attorneys for Defendant