Michael Benson, AK Bar No. 1311070
Assistant Federal Public Defender
Email: Michael_Benson@fd.org
Peyton Lee, OSB No. 164224
Assistant Federal Public Defender
E-mail: Peyton_Lee@fd.org
101 S.W. Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cr-00007-IM |
| Plaintiff, | |
| v. | DECLARATION IN SUPPORT OF SECOND UNOPPOSED MOTION TO CONTINUE TRIAL |
| LUIS NINO-MONCADA, | |
| Defendant. | |

We, Michael Charles Benson and Peyton Lee, declare:

1.      We are the attorneys appointed to represent Luis Niño-Moncada, in the above-entitled case.

2.      A jury trial in this case is currently scheduled for May 19, 2026. Mr. Niño-Moncada was arraigned on January 14, 2026. This is Mr. Niño-Moncada's second request for a continuance of the trial date.

3.      Mr. Niño-Moncada has received discovery and the defense is conducting investigation in his case, including obtaining information relating to circumstances of the offense

Page 1  Declaration in Support of Second Unopposed Motion to Continue Trial

and Mr. Niño-Moncada's background. This information relates to pretrial litigation, trial, and sentencing. Mr. Niño-Moncada therefore respectfully requests that this Court continue his case for a period of approximately 112 days or more to accomplish these tasks. Undersigned counsel has received five productions of discovery in this case, the most recent of which was processed on April 6, 2026. The government has indicated that discovery in this case is not complete and that a significant amount of discovery should be provided in the next few days. Undersigned counsel is consulting with several experts concerning the information in discovery as well as continuing to conduct an independent investigation of the incident.

4.      We have discussed with Mr. Niño-Moncada his right to a speedy trial. He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

5.      Assistant United States Attorneys Leah Bolstad and Tom Edmonds have no objection to this motion.

6.      We make this motion in good faith and not for the purpose of delay.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of our knowledge and belief and that this declaration was executed on April 21, 2026, in Portland, Oregon.

*s/ Michael Charles Benson*
Michael Charles Benson, AK Bar No. 1311070

*s/ Peyton Lee*
Peyton Lee, OSB No. 164224

Page 2 Declaration in Support of Second Unopposed Motion to Continue Trial