UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                           Plaintiff,

        v.

LUIS NIÑO-MONCADA,

                           Defendant.

Case No. 3:26-cr-00007-IM

PROTECTIVE ORDER

This Court hereby issues the following protective order covering any medical records produced pursuant to this Court's subpoena of records related to the treatment of Yorlenys Zambrano-Contreras. Those records may not be disclosed to third parties who are not a party to the case. The records may be disclosed to the defendant and to any experts, or other agents working for counsel on behalf of the defendant. If the records are filed with the court they may not be filed publicly and must be filed under seal. Records may not be filed publicly or published publicly without leave of the Court.

DATED this _22nd_ day of _____May_____ 2026.

 /s/ Karin J. Immergut
Honorable Karin J. Immergut
United States District Judge

Submitted By:

/s/ Michael Charles Benson
Michael Charles Benson

/s/ Peyton Lee
Peyton Lee, OSB No. 164224

Page 1 – [Proposed] Protective Order