Michael Charles Benson, AK Bar No. 1311070
Assistant Federal Public Defender
Email: Michael_Benson@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

Attorney for Defendant
*Abogado Defensor*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

*TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS*

*DISTRITO DE OREGÓN*

*DIVISION DE PORTLAND*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cr-00007-IM-1 |
| Plaintiff, | |
| v. | PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER |
| LUIS NINO-MONCADA, | |
| Defendant. | |
| *ESTADOS UNIDOS DE AMÉRICA,* | *Causa Núm. 3:26-cr-00007-IM-1* |
| *Parte acusadora,* | |
| *vs.* | *SOLICITUD DE DECLARACIÓN DE CULPABILIDAD, CERTIFICADO DEL ABOGADO DEFENSOR Y DICTAMEN JUDICIAL* |
| *LUIS NIÑO-MONCADA,* | |
| *Acusado.* | |

The defendant represents to the court:

*El acusado manifiesta a la jueza que*:

1. My name is Luis Nino-Moncada, I am 33 years old. I have gone to school up to and including some college.

*1. Mi nombre es Luis Niño-Moncada. Tengo 33 años. Asistí a la escuela hasta el <u>algo de universidad</u>.*

2. My attorney is Michael C. Benson.

*2. Mi abogado es Michael C. Benson.*

3. My attorney and I have discussed my case fully. I have received a copy of the Indictment. I have read the Indictment or, or it has been read to me, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of each charge, any lesser-included offense(s), and the possible defenses that I might have in this case. I have been advised and understand that the elements of the charge(s) alleged against me to which I am pleading "GUILTY" are as follows:

> First, the defendant injured or committed a depredation against property;
>
> Second, the property involved was property of the United States;
>
> Third, the defendant acted willfully;
>
> Fourth, the damage to the property exceeded the sum of $1,000.

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

*3. Hablé ampliamente de mi causa con mi abogado. Recibí una copia de la Acusación formal. Leí la Acusación formal, o me la leyeron, y la comenté con mi abogado. Mi abogado me*

*aconsejó y asesoró sobre la índole de cada uno de los cargos, cualquier delito menos grave incluido y las defensas que podría tener en esta causa. Me avisaron y entiendo que los elementos del cargo/los cargos presuntos imputados, ante los que me declaro "CULPABLE" son los siguientes:*

*Primero, el acusado dañó o cometió estragos contra bienes;*

*Segundo, los bienes involucrados eran bienes de los Estados Unidos;*

*Tercero, el acusado actuó deliberadamente;*

*Cuarto, los daños a los bienes excedieron la suma de 1000 dólares.*

*Tuve oportunidad completa y adecuada de decirle a mi abogado todo lo que sé respecto a los hechos relacionados con mi causa. Entiendo que la jueza podría preguntarme si estoy satisfecho con el asesoramiento que he recibido de mi abogado.*

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense(s) to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

*4. Sé que si me declaro "CULPABLE" tendré que contestar las preguntas que la jueza me haga sobre el delito o los delitos de los que me declaro culpable. También sé que, si contesto falsamente, bajo juramento, y en presencia de mi abogado, podrían usar esas respuestas en mi contra en una acusación de perjurio o falso testimonio.*

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason. I have not taken any drugs or medications except as prescribed.

5.      *No estoy bajo los efectos del alcohol ni de drogas. No padezco ninguna lesión, enfermedad ni discapacidad que afecte mi capacidad de pensar o razonar. No he consumido drogas ni medicamentos, salvo que me los hayan recetado.*

6.      I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences include deportation, or removal from the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

6.      *Entiendo que una condena por un delito puede tener consecuencias adicionales al encarcelamiento. Tales consecuencias incluyen la deportación o expulsión de los Estados Unidos, o la desaprobación de la naturalización, si no soy ciudadano estadounidense; la pérdida del derecho de recibir subsidios federales; la pérdida (temporaria o permanente, según la ley estatal o federal aplicable) de ciertos derechos civiles, tales como el derecho a votar, a ocupar un cargo público y a portar armas de fuego; y la pérdida del privilegio de participar en ciertas ocupaciones que requieren licencia del gobierno estatal o federal.*

7.      I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

7.      *Sé que puedo declararme "NO CULPABLE" de cualquier delito imputado en mi contra y que puedo persistir con esa declaración si ya se ha hecho. Sé que si me declaro "NO CULPABLE" la Constitución me garantiza:*

a.      The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

a.      *El derecho a un juicio público, sin demora y por un jurado de doce personas, durante el cual yo sería presuntamente inocente excepto y hasta que el gobierno compruebe mi culpabilidad más allá de una duda razonable y con el voto unánime de los doce miembros del jurado;*

b.      The right to have the assistance of an attorney at all stages of the proceedings;

b.      *El derecho a que un abogado me ayude durante todas las etapas del proceso;*

c.      The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

c.      *El derecho a utilizar los poderes y procedimientos judiciales para exigir la presentación de pruebas, incluyendo la presencia de testigos a mi favor;*

d.      The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

d.      *El derecho a ver, oír, carearme con y contrainterrogar a todos los testigos convocados a testificar en mi contra;*

e.      The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

e.      *El derecho a decidir por mí mismo si testifico o no, y si decido no testificar, entiendo que no puede hacerse ninguna inferencia de culpabilidad por esta decisión; y*

f.      The right not to be compelled to incriminate myself.

f.      *El derecho a que no me obliguen a autoincriminarme.*

8.      I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

8.      *Sé que si me declaro "CULPABLE" no habrá juicio ante un juez ni ante un jurado, y que no podré apelar la denegación de la jueza de cualquier petición que yo podría haber*

*tramitado antes del juicio, con respecto a temas o asuntos no relacionados con la jurisdicción del*

*tribunal.*

9.    In this case I am pleading "GUILTY" under Rule 11(c)(1)(B). My attorney has

explained the effect of my plea under Rule 11(c)(1)(B) to be as follows:

> My plea of guilty is under Rule 11(c)(1)(B); therefore, although the judge will
> consider the recommendations and agreements of both the prosecution and defense
> attorneys concerning sentencing, the judge is not obligated to follow those
> recommendations or agreements. If the judge imposes a sentence different from
> what I expected to receive under the terms of my Plea Agreement with the
> prosecutor, I do not have a right to withdraw my plea.

9.    *En este caso, me declaro "CULPABLE" según la Regla 11(c)(1)(B). Mi abogado*

*me explicó que el efecto de mi declaración de culpabilidad según la Regla 11(c)(1)(B) es el*

*siguiente:*

> *Mi declaración de culpabilidad se hace según la Regla 11(c)(1)(B); por lo tanto,*
> *aunque la jueza tomará en cuenta las recomendaciones y los convenios de los*
> *abogados (el fiscal y el defensor) en cuanto a la pena, la jueza no tiene la*
> *obligación de cumplir con esas recomendaciones o convenios. Si la jueza impone*
> *una pena distinta a la que yo esperaba recibir según las condiciones de mi*
> *Convenio de declaración de culpabilidad con el fiscal, no tengo derecho a retirar*
> *mi declaración de culpabilidad.*

10.    I know the maximum sentence which can be imposed upon me for the crime(s) to

which I am pleading guilty is ten (10) years' imprisonment and a fine of $250,000.00. [I also

understand that if I am not a citizen of the United States, my guilty plea and conviction make it

practically inevitable and a virtual certainty that I will be removed or deported from the United

States. I acknowledge that my attorney has discussed this with me and that I knowingly wish to

plead guilty.]

10.    *Sé que la pena máxima que pueden imponerme por el delito o los delitos de los que*

*me declaro culpable es diez (10) años de encarcelamiento y una multa de 250.000 dólares.*

*[También entiendo que, si no soy ciudadano estadounidense, mi declaración de culpabilidad y*

*condena hacen que sea prácticamente inevitable y virtualmente un hecho que me expulsarán o deportarán de los Estados Unidos. Reconozco que mi abogado ha conversado sobre esto conmigo, y que a sabiendas deseo declararme culpable.]*

11. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100.00 per count of conviction.

*11. Sé que la jueza, además de cualquier otra sanción, dictará el pago de una contribución especial de 100 dólares, según lo estipulado por ley, por cada cargo condenatorio.*

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

*12. Sé que, si me ordenan pagar una multa y me niego intencionalmente a pagarla, pueden volver a enviarme al tribunal, en donde la jueza podrá aumentar considerablemente el saldo pendiente de la multa, y podrán encarcelarme durante un plazo máximo de un año.*

13. My attorney has discussed with me sentencing under federal law. I know that the judge will consider sentencing factors under 18 U.S.C. § 3553(a) in determining a proper sentence, including; the nature and circumstances of the offense and my history and characteristics; the need for the sentence to reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence to criminal conduct, protect the public from further crime by me, and provide me with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; the kinds of sentences available; the advisory United States Sentencing Guidelines and policy statements; the need to avoid unwarranted sentencing disparities among defendants; and, the need to provide restitution to any victims. I

know that the judge may not impose a sentence greater than the maximum sentence referred to in paragraph (10) above.

13.     *Mi abogado ha conversado conmigo sobre las penas según la ley federal. Sé que la jueza va a considerar los factores penales según el Artículo 18 del Código Federal, § 3553(a) para determinar una pena apropiada, que incluyen: la índole y las circunstancias del delito, y mi historia y mis características personales; la necesidad de que la pena refleje la gravedad del delito, promueva respeto por la ley, proporcione un castigo justo, proporcione disuasión adecuada contra la conducta delictiva, proteja al público de mi conducta delictiva futura, y me proporcione la formación educativa o vocacional, la atención médica, o cualquier otro tratamiento correctivo que necesite, de la manera más eficaz; los tipos de penas disponibles; las Pautas Penales Federales y la normativa sugeridas, la necesidad de evitar desigualdades injustas en las penas de los acusados, y la necesidad de proporcionar restitución a las víctimas. Sé que la jueza no puede dictarme una pena mayor que la pena máxima que se señala en el párrafo (10) más arriba.*

14.     I know from discussion with my attorney that if I am sentenced to prison I am not entitled to parole. I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

14.     *Por las conversaciones con mi abogado, sé que, si me dictan una pena de prisión, no tengo derecho a libertad anticipada ("parole", en inglés). Tendré que cumplir toda la pena impuesta, excepto el crédito que obtenga por buena conducta. Puedo obtener crédito por buena conducta en la prisión a razón de 54 días por cada año de prisión que cumpla. El crédito por buena conducta no se aplica en penas de un año o menos.*

15.    I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, a term of supervised release can be up to three (3) years. If I violate the conditions of supervised release, I may be sent back to prison.

*15.    Sé que, si me dictan una pena de prisión, la jueza impondrá un período de libertad vigilada posterior a la pena de prisión. Durante mi plazo de libertad vigilada, me supervisará un agente de libertad condicional de acuerdo con los plazos y condiciones que fije la jueza. En mi caso, el plazo de libertad vigilada podrá ser de tres (3) años como máximo. Si no cumplo con las condiciones de la libertad vigilada, podrán enviarme nuevamente a la prisión.*

16.    I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution order can be enforced by the United States for up to twenty (20) years from the date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

*16.    Sé que además de, o en lugar de cualquier otro castigo, la jueza puede ordenar que pague restitución a cualquier víctima de cualquier delito del que me declaro culpable. También me informaron que, por ciertos delitos de violencia y delitos que incluyen fraude o engaño, la jueza tiene la obligación de imponer la restitución del monto completo de todo daño o pérdida*

*económica causada por un delito. Si imponen una restitución, la víctima puede usar la orden de restitución para obtener un fallo civil de embargo. El gobierno federal puede ejecutar una orden de restitución durante un plazo de veinte (20) años a partir de la fecha de mi liberación, o bien, si no me encarcelan, durante un plazo de veinte (20) años a partir de la fecha efectiva del fallo judicial. Si me niego intencionalmente a pagar la restitución ordenada, la jueza podría volver a imponer cualquier pena que podría haber sido impuesta inicialmente.*

17.    On any fine or restitution in an amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment.

*17.    Sé que tendré la obligación de pagar intereses sobre cualquier multa o restitución de 2500 dólares o más, excepto que dicha multa o restitución se pague dentro de un plazo de quince (15) días a partir de la fecha efectiva del fallo judicial.*

18.    If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

*18.    Si estoy en libertad condicional, libertad anticipada ("parole") o libertad vigilada en cualquier otra causa estatal o federal, sé que, por declararme culpable en este tribunal, mi libertad condicional, libertad anticipada o libertad vigilada podría revocarse y podría quedar encarcelado en dicha causa, durante un plazo que podría ser consecutivo, es decir, adicional a cualquier pena que me impongan en este tribunal.*

19.     If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other case(s), and that I can be faced with consecutive sentences of imprisonment.

*19.     Si tengo otra causa pendiente en algún tribunal estatal o federal, sé que mi Solicitud y Convenio de declaración de culpabilidad en esta causa no se aplican a mi(s) otra(s) causa(s) sin un convenio expreso y por escrito, y sé que podría exponerme a penas consecutivas de encarcelamiento.*

20.     My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor. That Plea Agreement is attached hereto and incorporated herein. I have read or had read to me the Plea Agreement, and I understand the Plea Agreement.

*20.     Mi declaración de "CULPABLE" se basa en un Convenio de declaración de culpabilidad que hice con el fiscal. Dicho Convenio se adjunta al presente documento y queda en él incorporado. He leído, o me han leído, el Convenio de declaración de culpabilidad y entiendo dicho Convenio.*

21.     The Plea Agreement contains the only agreement between the United States government and me. No officer or agent of any branch of government (federal, state or local) or anyone else has promised or suggested that I will receive a lesser term of imprisonment, or probation, or any other form of leniency if I plead "GUILTY" except as stated in the Plea Agreement. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing in the Plea Agreement, or which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

*21.     El Convenio de declaración de culpabilidad contiene el único convenio entre el gobierno de los Estados Unidos y yo. Ningún funcionario ni agente de ninguna rama*

*gubernamental (federal, estatal o local) ni ninguna otra persona me ha prometido ni sugerido que recibiría un plazo menor de encarcelamiento, ni libertad condicional, ni ninguna otra forma de clemencia si me declaro "CULPABLE", excepto según se indica en el Convenio de declaración de culpabilidad. Entiendo que no puedo basarme en ninguna promesa ni sugerencia de ningún agente o funcionario gubernamental que no figure por escrito en el Convenio de declaración de culpabilidad, o que no le presenten a la jueza en mi presencia, en audiencia pública, en el momento en que me declare culpable.*

22.     My plea of "GUILTY" is not the result of force, threat, or intimidation.

*22.     Mi declaración de "CULPABLE" no es resultado de la fuerza, ni de amenazas, ni de intimidación.*

23.     I hereby request that the judge accept my plea of "GUILTY" to the following Count(s): Count Two of the Indictment.

*23.     Por la presente solicito a la jueza que acepte mi declaración de "CULPABLE" del siguiente cargo (o cargos): Cargo Dos de la Acusación Formal.*

24.     I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge(s) to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

On January 8, 2026 I backed a red Toyota Tacoma pickup truck into a Hyundai Sonata that was the property of the United States without justification.

*24.     Sé que la jueza debe quedar conforme de que ocurrió un delito y de que yo cometí dicho delito, antes de que puedan aceptar mi declaración de "CULPABLE". Con respecto al cargo al que me declaro culpable, manifiesto que cometí los siguientes actos y que los siguientes hechos son verídicos:*

*El 8 de enero de 2026, hice marcha atrás con una camioneta pickup Toyota Tacoma contra un Hyundai Sonata que era propiedad de los Estados Unidos, sin justificación.*

25.    I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment or Information, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

25.    *Ofrezco mi declaración de "CULPABLE" libre y voluntariamente y por mí mismo, y entiendo por completo las presunciones que figuran en la Acusación Formal o Acusación de la Fiscalía, y entiendo por completo las afirmaciones que figuran en esta Solicitud y en el Certificado de mi abogado, que se adjunta a esta Solicitud.*

SIGNED by me in the presence of my attorney, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on this __27__ day of __July__, 2026.

*FIRMADO por mí en presencia de mi abogado, después de haber leído (o de que me hayan leído) todos los párrafos y páginas anteriores de esta Solicitud el día __27__ de __Julio__ de 2026.*

_____
Luis Niño-Moncada, Defendant/*Acusado*

## CERTIFICATE OF COUNSEL

### *CERTIFICADO DEL ABOGADO DEFENSOR*

The undersigned, as attorney for defendant Luis Nino-Moncada, hereby certifies:

*Quien suscribe, abogado defensor de Luis Niño-Moncada, por la presente certifica que:*

1.      I have fully explained to the defendant the allegations contained in the Indictment or Information in this case, any lesser-included offense(s), and the possible defenses which may apply in this case.

*1.      Le expliqué por completo al acusado las presunciones que figuran en la Acusación Formal o Acusación de la Fiscalía en esta causa, cualquier delito menos grave incluido y las defensas que podrían aplicarse en esta causa.*

2.      I have personally examined the attached Petition to Enter Plea of Guilty and Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

*2.      Examiné personalmente la Solicitud de declaración de culpabilidad y el Dictamen judicial que se adjuntan; le expliqué al acusado todas sus cláusulas y conversé por completo con él sobre todos los asuntos que se describen y mencionan en la Solicitud.*

3.      I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs (6)-(20) of the Petition, and I have also explained to the defendant the applicable law regarding federal sentencing.

*3.      Le expliqué al acusado la pena máxima y otras consecuencias de declararse culpable que se describen en los párrafos (6) al (20) de la Solicitud, y también le expliqué al acusado las leyes relevantes en relación con las penas federales.*

4.      I recommend that the Court accept the defendant's plea of "GUILTY."

*4.      Recomiendo que la jueza acepte la declaración de "CULPABLE" del acusado.*

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition to Enter Plea of Guilty, and any Plea Agreement, on this 27 day of July , 2026.

*FIRMADO por mí en presencia del acusado arriba mencionado, después de haber hablado por completo con él sobre el contenido de la Solicitud de declaración de culpabilidad y todo Convenio de declaración de culpabilidad, el día _____ de _____ de 2026.*

_____
Michael C. Benson
Attorney for Defendant/*Abogado Defensor*

**Page 2/*Página 2* CERTIFICATE OF COUNSEL/*CERTIFICADO DEL ABOGADO DEFENSOR***

## ORDER ENTERING PLEA

### *DICTAMEN JUDICIAL*

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime(s) to which the defendant has pled guilty.

*Determino que la declaración de "CULPABLE" del acusado ha sido libre y voluntaria, y no se hizo con ignorancia, miedo, descuido ni coerción. Asimismo, determino que el acusado ha admitido hechos que comprueban cada uno de los elementos necesarios del delito/de los delitos de los que se declaró culpable.*

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

*POR LO TANTO, SE ORDENA que la declaración de CULPABLE del acusado quede aceptada y asentada según se pide en esta Solicitud y según lo recomendado en el Certificado del abogado defensor.*

DATED this _27th_ of _July_, 2026, in open court.

*CON FECHA de este ____ de _____ de 2026, en audiencia pública.*

The Honorable Karin J. Immergut,
United States District Court Judge

*Honorable Karin J. Immergut,*
*Jueza del Tribunal de Distrito de los Estados Unidos*