SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**THOMAS H. EDMONDS, OSB #902555**
Tom.Edmonds@usdoj.gov
**LEAH K. BOLSTAD, OSB# 052039**
Leah.Bolstad@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

FILED 11 SEP '26 09:19 USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**LUIS NINO-MONCADA,**

**Defendant**

**3:26-cr-00007-IM**

**EXHIBIT 1 TO GOVERNMENT'S SENTENCING MEMORANDUM**

**Exhibit 1 to Government's Sentencing Memorandum**

Dated: September 11, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Thomas H. Edmonds*
THOMAS H. EDMONDS, OSB #902555
LEAH K. BOLSTAD, OSB# 052039
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Exhibit 1 to Government's Sentencing Memorandum will be sent electronically (via USAfx) on September 11, 2026, in Portland Oregon, to Michael Benson and Peyton Lee.

*/s/ Kelly S. Borroz-Bowers*
Kelly S. Borroz-Bowers, Paralegal

